**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**CATHERINE C. BLAKE**
**UNITED STATES DISTRICT JUDGE**

**U.S. COURTHOUSE**
**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-3220**
**Fax (410) 962-6836**

May 10, 2018

MEMORANDUM TO COUNSEL

    Re:    *United States v. Thomas Allers*
                Criminal Action No. CCB-17-0452

Dear Counsel:

    The defendant has filed a public version of his sentencing memorandum. The court has reviewed that document, the government's reply and the defendant's response. To avoid unwarranted disclosure of personal information not relevant to the court's sentencing decision, any ruling on further unsealing and/or redaction of the documents will be deferred until the government and defense counsel are heard at the public sentencing proceeding tomorrow.

    Accordingly, the hearing for noon today is Cancelled.

So Ordered this 10th day of May, 2018.

                                                    /s/
                                           Catherine C. Blake
                                           United States District Judge