**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>(410) 962-3220<br>Fax (410) 962-6836 |

June 4, 2020

MEMORANDUM TO COUNSEL

    Re:    *United States v. Thomas Allers*
              Criminal No. CCB-17-452

Dear Mr. Proctor:

    The court has received a request from Michael Bromwich, of Steptoe & Johnson, to view a copy of the sentencing memorandum filed by you on behalf of Thomas Allers on May 8, 2018 (ECF 34). It was not filed under seal but, under the court's procedures then in place, access was restricted to viewing at the public terminal in the Clerk's Office. The person viewing it could not order printed or electronic copies.

    Currently, because of the coronavirus pandemic, public access to the courthouse is extremely limited. The court intends to respond to Mr. Bromwich's request by sending him an electronic copy on the condition that he not copy, print, or further distribute the memorandum. Because this may differ from the expectation you had when you filed the memorandum, however, I am writing to provide you, or Mr. Allers if he chooses, the opportunity to file a motion to seal all or part of the memorandum showing why additional protection is warranted.

    If I do not hear anything from you or Mr. Allers, who is copied on this letter, by June 19, 2020, I will assume there is no objection to providing Mr. Bromwich an electronic copy of the memorandum on the conditions described above.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                          Sincerely yours,

                                          /S/

                                          Catherine C. Blake
                                          United States District Judge

cc:    Thomas Allers
        Michael Bromwich, Esq.