IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. CCB-17-452 |
| | * | |
| THOMAS ALLERS | * | |
| | ******* | |

## ORDER

No objection has been raised to providing an electronic copy of Thomas Allers's sentencing memorandum (ECF 34), which was not filed under seal, to Michael Bromwich, Esq., of Steptoe & Johnson, on the condition that he not copy, print, or further distribute the memorandum.  Accordingly, the Clerk's Office is directed to provide the memorandum (ECF 34), including attached exhibits (ECF 34-1 through 34-19), electronically to Mr. Bromwich.

So Ordered this _9th__ day of July, 2020.


___/s/_____
Catherine C. Blake
United States District Judge